IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

HAKEEM LEWIS, )
)
Petitioner, )
)
v. ) 1:23CV699
)
GUILFORD COUNTY SHERIFF, )
)
Respondent. )

ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Petitioner, a detainee in the Guilford County Detention Center, submitted a Letter seeking a change in custody and asking the Court to communicate with an officer in his case. For filing purposes, and out of an abundance of caution, the Court treated the filing as a habeas corpus petition under 28 U.S.C. § 2241 because that is the typical method for pretrial detainees to challenge custody in this Court. So treated, the Petition cannot be further processed.

1. The filing fee was not received, nor was an affidavit to proceed *in forma pauperis* submitted and signed by Petitioner.

2. Petitioner did not use the required § 2241 Forms. Rule 2, R. Gov. § 2254 Cases.

Because of these pleading failures, the Petition will be filed and then dismissed, without prejudice to Petitioner filing a new petition on the proper habeas corpus forms with the $5.00 filing fee, or a completed application to proceed *in forma pauperis*, and otherwise correcting the defects noted. The Court notes that it appears that Petitioner may have intended to contact the state courts. This Court generally has no control over the custody of state detainees, no knowledge of their cases, and no communication with state officers. If so, Petitioner should

obtain the proper address and contact the state courts. If Petitioner does seek to file in this Court under § 2241, he should request the proper forms from the Clerk and use them to make his filing.

*In forma pauperis* status will be granted for the sole purpose of entering this Order and Recommendation of dismissal with permission to file a new petition which corrects the defects of the present Petition.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS RECOMMENDED that this action be construed as a habeas petition under 28 U.S.C. § 2254 and dismissed *sua sponte* without prejudice to Petitioner filing a new petition which corrects the defects of the current Petition. The new petition must be accompanied by either the five-dollar filing fee or a current application to proceed *in forma pauperis*.

This, the 24th day of August, 2023.

/s/ Joe L. Webster
United States Magistrate Judge